CHARLES W. CASTLEMAN, A PETITIONER IN BANKRUPTCY.

(This case is similar to that of Nelson.)

ORDER.

THIS cause came on to be heard on the transcript of the record
from the Circuit Court of the United States for the district of Ken-
tucky, and on the points and questions on which the judges of
the said Circuit Court were opposed in opinion, and which were
certified to this court for its opinion, and was argued by counsel.
On consideration whereof, it is now here ordered and adjudged
by this court, that this cause be and the same is hereby remanded
to the said Circuit Court, for such proceedings to be had therein
as to law and justice may appertain.